```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone: 415-646-7160
Facsimile: 415-981-1270
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL JOHNSON, JR. AND TINA JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>Defendants. | CASE NO.  C 06 0576 PJH<br><br>Before the Honorable Phyllis J. Hamilton<br><br>[~~PROPOSED~~] ORDER ~~VACATING AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:   May 4, 2006<br>Conference Time:   2:30 p.m.<br>Location:   Courtroom 3, 17th Floor<br>   San Francisco |

For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court hereby continues the May 4, 2006 Case Management Conference ("CMC") to __August 31, 2006__, at __2:30 p.m.__. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: __4/28/06__

_____
Honorable Phyllis J. Hamilton
United States District Judge

*[SEAL: IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

```
I:\4500.ZYPREXA\Client Folders\Johnson,
E.47890\Complaint\CMC.PROPOSED.ORDER.doc
```
- 3 -   [PROPOSED] ORDER