LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL JOHNSON, JR. AND TINA JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY,<br><br>Defendants. | Case No. C 06 0576 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P.**<br><br>HON. PHYLLIS J. HAMILTON |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss without prejudice defendants ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., from the above-captioned action.

Dated: May 26, 2006

LEVIN SIMES KAISER & GORNICK LLP

_/s/ Dennis J. Canty_
Dennis J. Canty
Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

VOLUNTARY DISMISSAL                                                                 PAGE 1